JS-6

Justin H. Sanders (SBN 211488)
jsanders@sandersroberts.com
Sabrina C. Narain (SBN 299471)
snarain@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile:  (213) 234-4581

Attorneys for Defendant
FORD MOTOR COMPANY; TED JONES FORD, INC.
D/B/A/KEN GRODY FORD

Christopher M. Lovasz, Esq.
clovasz@lemonauto.com
Charles J. Lee, Esq.
clee@lemonauto.com
**CONSUMER LEGAL SERVICES, P.C.**
2330 Long Beach Boulevard
Long Beach, California 90806
Telephone: (562) 424-3293
Facsimile: (562) 595-1849

Attorneys for Plaintiff
DAMARIS MEDINA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS MEDINA, an individual, | **CASE NO. 8:22-cv-02099-DOC-JDE** |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| FORD MOTOR COMPANY, a Delaware Corporation; TED JONES FORD, INC. d/b/a KEN GRODY FORD, a California Corporation; and DOES 1 through 20, inclusive, | Complaint Filed: September 29, 2022<br>Trial Date: None set |
| Defendants. | |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION (Medina v. Ford Motor Company, et al. Case No. 8:22-cv-02099-DOC-JDE) BE, AND HEREBY IS, Dismissed with Prejudice as to all causes of action asserted in the Complaint, with each party bearing its own attorney's fees and costs.

Accordingly, the Scheduling Conference set for January 30, 2023 is hereby VACATED and removed from calendar.

**IT IS SO ORDERED.**

DATED: January 13, 2023

_____
Honorable David O. Carter
United States District Judge

# PROOF OF SERVICE

## (CODE CIV. PROC. § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 1055 West 7th Street, Los Angeles, CA 90017. My electronic service address is sposwal@sandersroberts.com.

On January 13, 2023, I served the following document(s) described as

## ORDER DISMISSING CASE

on the interested parties in this action as follows:

☐ **By Mail:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **By Personal Service:** I caused to have delivered such document(s) by hand to the office(s) of the addressee(s).

☐ **By Overnight Delivery:** I caused such an envelope to be picked up by Federal Express at the firm's address listed above. Such envelope was marked "Overnight Delivery" and had a prepaid, addressed slip.

☐ **By Facsimile:** I caused to be delivered such document by facsimile and envelopes via U.S. Mail to the offices of the addressee(s).

☒ **By Electronic Mail:** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 13, 2023, at Los Angeles, California.

*/s/ Sarah Poswal*
Sarah Poswal

- i -

PROOF OF SERVICE

Case No.:

# SERVICE LIST

*Damaris Medina vs. Ford Motor Company, et al.*
OCSC Case No.: 30-2022-01285180-CU-BC-NJC
USDC Case No.: 8:22-cv-02099-DOC-JDE

| | |
|---|---|
| **CONSUMER LEGAL SERVICES, P.C.**<br>Christopher M. Lovasz, Esq.<br>clovasz@lemonauto.com<br>Charles J. Lee, Esq.<br>clee@lemonauto.com<br>2330 Long Beach Boulevard<br>Long Beach, California 90806<br>Telephone: (562) 424-3293<br>Facsimile: (562) 595-1849<br>bmontes@lemonauto.com | Attorneys for Plaintiff<br>**DAMARIS MEDINA** |